UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. CANNAVAN,<br>Plaintiff,<br>v.<br>JEFF MACOMBER,<br>Defendant. | No. 1:26-cv-03664-SAB (PC)<br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br>(ECF No. 8) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On July 6, 2026, the Court screened Plaintiff's first complaint, found no cognizable claims, and granted Plaintiff to file an amended complaint within thirty days. (ECF No. 8.) Plaintiff has failed to file an amended complaint or otherwise respond to the Court's order. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to state a cognizable claim for relief. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for failure to state a claim.

IT IS SO ORDERED.

Dated: **August 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge