# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. CANNAVAN,<br>Plaintiff,<br>v.<br>JEFF MACOMBER,<br>Defendant. | Case No. 1:26-cv-03664-JLT-SAB (PC)<br>ORDER DENYING PLAINTIFF'S MOTION<br>(ECF No. 13) |

Pending before the Court is a what is stylized as a motion from Plaintiff.[1] In the motion, Plaintiff seeks "Claims such as these have demonstrated, right to injury compensation, as cited herein, and past." (ECF No. 13, p. 14.) At best, the Court construes this filing as potentially responsive to the Court's findings and recommendations. (See ECF No. 12.) Therefore, the Court will deny the "motion."[2]

In an abundance of caution, the Court nonetheless ADVISES Plaintiff that he still has through **October 27, 2026**, to file objections to the findings and recommendations filed on October 13, 2026. (ECF No. 12.)

---

[1] Plaintiff has filed an almost identical motion in a now closed case, Cannavan v. Newsom, No. 1:26-cv-06498-KES-EPG, ECF No. 17 (E.D. Cal. Oct. 19, 2026).

[2] Ultimately, the Court leaves the determination of whether to construe this filing as a proper objection to the findings and recommendations to the assigned District Judge.

In light of the foregoing, the Court DENIES Plaintiff's motion. (ECF No. 13.)

IT IS SO ORDERED.

Dated: **October 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge